| | |
|---|---|
| DATE  10/31/19 | CASE NUMBER  4:19-cr-264   SDJ/KPJ |
| LOCATION Plano | USA   Jay Combs   Assigned |
| JUDGE   Kimberly C. Priest Johnson | V   Jay Combs   Appeared |
| DEPUTY CLERK   Toya McEwen | |
| COURT REPORTER  Digital Recording | William Grant Allbrook (5) |
| INTERPRETER: | Lisa Young (7) |
| USPO: J Dorman & L. Dudley | George Wagner, III (8) |
| BEGIN: 11:33 am | Gena Corwin (9) |
| | Todd Shewmake (10) |

Defendants

Rafael de la Garza for James Whalen (5)
_____ (7)
_____ (8)
_____ (9)
_____ (10)

Attorneys

---

☑ INITIAL APPEARANCE
☐ ARRAIGNMENT as to _____
☐ DETENTION HEARING as to _____

---

☑ Hearing Held    ☐ Hearing Called ☑    Defendants Sworn    ☐ Interpreter required _____
☑ Dft # 5 appears: ☑ with  ☐ without counsel    appearing on Indictment
☑ Dft # 7 appears: ☐ with  ☑ without counsel    appearing on Indictment
☑ Dft # 8 appears: ☐ with  ☑ without counsel    appearing on Indictment
☑ Dft # 9 appears: ☐ with  ☑ without counsel    appearing on Indictment
☑ Dft # 10 appears: ☐ with ☑ without counsel    appearing on Indictment

☑ Defendants  5, 7, 8, 9 & 10  are the individuals named in the Indictment.
☐ Defendant _____ is not the person as named in the Indictment, _____ name given.
☑ Date of Arrest   All on 10/30/19
Defendants  5, 7, 8, 9 & 10

☑ advised of right to counsel    ☑ received copy of indictment    ☑ waived reading of indictment
☑ advised of charges    ☑ advised of maximum penalties

☑ **DFT # 5** advises the Court that he/she ☑ has counsel who is  James Whalen  or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ **DFT # 5** Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ _____ appointed    ☐ . U.S. Pub Defender _____ appointed

☑ **DFT # 7** advises the Court that he/she ☐ has counsel who is _____ or, ☑ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ **DFT # 7** Requests appointed counsel, is sworn & examined re: financial status.

CRIM 92-116       ☐ See reverse/attached for additional proceedings       _____ Adjourn

- ☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
- ☐ _____ appointed      ☐ U.S. Pub Defender _____ appointed

- ☑ **DFT # 8** advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
- ☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
- ☑ **DFT # 8** Requests appointed counsel, is sworn & examined re: financial status.
- ☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
- ☑ _CJA to be_ appointed      ☐ U.S. Pub Defender _____ appointed

- ☑ **DFT # 9** advises the Court that he/she ☑ has counsel who is _name not given_ or, ☐ will hire counsel.
- ☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
- ☐ **DFT # 9** Requests appointed counsel, is sworn & examined re: financial status.
- ☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
- ☐ _____ appointed      ☐ U.S. Pub Defender _____ appointed

- ☐ **DFT # 10** advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
- ☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
- ☑ **DFT # 10** Requests appointed counsel, is sworn & examined re: financial status.
- ☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
- ☑ _CJA to be_ appointed      ☐ U.S. Pub Defender _____ appointed

- ☑ ORAL Motion for detention by USA   ☑ ORAL Motion for continuance by USA   ☑ Oral Order granting ☐ Oral Order denying
- ☐ Defendants _____ ORAL motion to continue detention hearing   ☐ Oral Order granting ☐ Oral Order denying
- ☑ Detention Hrg set _Mon 11/4/19 @ 9:30 am_ } before Judge Nowak in Sherman
- ☑ Arraignment set _Mon 11/4/19 @ 9:30 am_ } for Dfts 7, 8, 9 & 10
- ☐ Order setting conditions of release _____
- ☐ Defendant _____ signed Waiver of Detention Hearing and remanded to custody of U.S. Marshal.
- ☐ Order of Detention
- ☐ Defendants _____ remanded to custody of U.S. Marshal.

\* Dft #5 set for Detention Hearing 11/6/19 @ 10:30am before Judge Nowak in Sherman, TX

### ARRAIGNMENT on Dft #5

- ☑ Arraignment held.   ☐ Arraignment called.   ☐ Arraignment reset: _____
- ☑ Dft # 5  ☑ sworn
    - ☑ received copy of charges   ☐ discussed charges with counsel   ☐ charges read
    - ☑ waived reading of charges

Dft enters a plea of: ☑ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser
to counts: ☐ 1 ☑ 2 ☐ 3 ☐ 4 ☑ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____
☐ all counts ☑ indictment includes forfeiture provisions

CRIM 92-116        ☐ See reverse/attached for additional proceedings        _____ Adjourn

☐  Dft # 3    ☐ sworn
    ☐ received copy of charges    ☐ discussed charges with counsel    ☐ charges read
    ☐ waived reading of charges

Dft enters a plea of:  ☐ not guilty   ☐ guilty   ☐ nolo   ☐ guilty - lesser
to counts:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐ _____
☐ all counts   ☐ indictment includes forfeiture provisions

☐  Dft # 4    ☐ sworn
    ☐ received copy of charges    ☐ discussed charges with counsel    ☐ charges read
    ☐ waived reading of charges

Dft enters a plea of:  ☐ not guilty   ☐ guilty   ☐ nolo   ☐ guilty - lesser
to counts:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐ _____
☐ all counts   ☐ indictment includes forfeiture provisions

☐  Dft # 5    ☐ sworn
    ☐ received copy of charges    ☐ discussed charges with counsel    ☐ charges read
    ☐ waived reading of charges

Dft enters a plea of:  ☐ not guilty   ☐ guilty   ☐ nolo   ☐ guilty - lesser
to counts:  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐ _____
☐ all counts   ☐ indictment includes forfeiture provisions

☑  Pretrial Discovery and Inspection Order entered.  Case set for final pretrial conference / jury selection and trial setting on :
**Monday, January 6, 2020 at 9:00 am in Plano, Texas before Judge Sean Jordon**  on Dft. #5.

☐  Government motion _____.

☐  Defendant motion _____.

☑  Defendants _5, 7, 8, 9 & 10_ remanded to custody USM

☐  Defendants _____ released on Conditions of Release

OTHER PROCEEDINGS:

☑  Recess  11:43 am