IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NUMBER 4:19-CR-00264 |
| | § | |
| WILLIAM GRANT ALLBROOK | § | |

## NOTICE OF APPEARANCE

COMES NOW, JAMES P. WHALEN and RYNE T. SANDEL, and makes this their appearance on behalf of Defendant, WILLIAM GRANT ALLBROOK.

>Respectfully submitted,
>
>WHALEN LAW OFFICE
>
>/s/ James P. Whalen
>JAMES P. WHALEN
>TEXAS BAR CARD NO.00794837
>RYNE T. SANDEL
>TEXAS BAR CARD NO. 24081689
>9300 John Hickman Parkway, Suite 501
>Frisco, Texas 75035
>Telephone: (214) 368-2560
>Facsimile: (972) 829-8654
>jwhalen@whalenlawoffice.com
>rsandel@whalenlawoffice.com
>
>COUNSEL FOR DEFENDANT
>WILLIAM GRANT ALLBROOK

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Appearance was filed with the Court and Assistant United States Attorney via ECF on the 31st day of October 2019.

/s/ James P. Whalen
JAMES P. WHALEN