AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

EASTERN District of TEXAS

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4:19-CR-264 |
| | ) | | |
| WILLIAM GRANT ALLBROOK (5) | ) | | |
| *Defendant* | ) | | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | United States Courthouse Annex<br>200. N. Travis<br>Sherman, Texas 75090<br>before Judge Christine A. Nowak | Courtroom No.: | |
|---|---|---|---|
| | | Date and Time: | Wednesday, Nov. 6, 2019<br>at 10:30 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Oct. 31, 2019

*Judge's signature*

KIMBERLY C. PRIEST JOHNSON
United States Magistrate Judge
*Printed name and title*