IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 4:19-CR-00264 |
| WILLIAM GRANT ALLBROOK (5) | § | Judge Sean D. Jordan |

## **ORDER**

ON THIS DAY came on to be heard Defendant's Motion to Continue Pretrial Conference and All Trial-Related Deadlines and after having considered the pleadings and arguments of counsel, the Court is of the opinion that said motion should be and the same is hereby in all respects **GRANTED.**